CHRISTOPHER J. CHRISTIE
United States Attorney
Newark, New Jersey

Som Ramrup
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY  10278
(212) 264-3650, Ext. 206
Fax: (212) 264-6372
som.ramrup@ssa.gov

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

---------------------------------------------------X
ALLEN ROSS,

              Plaintiff,        :      **Hon. Noel L. Hillman**

      v.                    :      **Civil Action No. 08-1925**

MICHAEL J. ASTRUE,
Commissioner of Social Security,    :      **CONSENT ORDER TO REMAND**
                                                          **PURSUANT TO SENTENCE 4 OF**
              Defendant.      :      **42 U.S.C. § 405(g)**
---------------------------------------------------X

       This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey, and Som Ramrup, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

       IT IS on this 25th day of November, 2008;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 111 S. Ct. 2157 (1991).

/s/ Noel L. Hillman
NOEL L. HILLMAN, Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

CHRISTOPHER J. CHRISTIE
United States Attorney

By:   /s/ Som Ramrup
      SOM RAMRUP
      Special Assistant U.S. Attorney

By:   /s/ Alan H. Polonsky
      ALAN H. POLONSKY
      Attorney for Plaintiff